Joseph Solomon, Plaintiff, v. Moses I. Bayles et al., Defendants.
Wingyle Corporation, Assignee of Rights of Joseph Solomon, Deceased, Appellant, v. Moses I. Bayles et al., Appellees.

Gen. No. 41,002.

Heard in second division, first district, this court at October term, 1939; opinion filed July 1, 1941; rehearing denied September 17, 1941. Henry G. Ferncase, for appellant; Dent, Weichelt & Hampton, for appellees. Opinion by JUSTICE SCANLAN. "Not to be published in full."